**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 228 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GEORGE WAYNE BROOKS, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**


**PER CURIAM**

     **AND NOW**, this 27th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.